U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2022

TONY R. MOORE, CLERK
BY: _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JEFFERY LYNN ALEXANDER　　　　　　　　　　Civil No. 5:21-cv-03427-EEF-JPM
#17560-035　　　　　　　　　　　　　　　　　　　　　　　　　SEC P
Plaintiff

VERSUS　　　　　　　　　　　　　　　　　　　　　JUDGE ELIZABETH E. FOOTE

ROB MYERS,　　　　　　　　　　　　　　　　　MAGISTRATE JUDE PEREZ-MONTEZ
Defendants

---

### SECOND D MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

COMES Defendant, Jeffery Lynn Alexander ("Alexander"), appearing *pro se,* and files his Second Motion for Extension of Time to File Objections to Report and Recommendation, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Alexander respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Kayode*, 777 F.3d 719 (5th Cir. 2014) (*Pro se* pleadings are to be held to less stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

### REASON FOR EXTENSION

The eight (8) page United States' Report and Recombination ("R & R") for Defendant's Second Motion for Writ of Habeas Corpus under 28 U.S.C. § 2241 was just received by

Alexander through the prison mail this date. Because of the Covid/Delta Virus pandemic and the recent nationwide lockdown of federal prisons, the compound at FCI Oakdale I has had limited movement and very limited access to the prison law library. As such, Alexander needs more time to research, prepare and perfect his Objections to the R & R. Therefore, he seeks a twenty-one (21) days extension of time, up to and including May 12, 2022, to complete his Objections.

WHEREFORE, premises considered, Alexander respectfully requests that the Court grant this motion and extend his deadline for filing his Objections, up to and including, May 12, 2022.

Respectfully submitted,

Dated: April 21, 2022

*Jeffery L. Alexander*
JEFFERY LYNN ALEXANDER
REG. NO. 17560-035
FCI OAKDALE I
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 25 2022

TONY R. MOORE, CLERK
BY: _____ DEPUTY

JEFFERY LYNN ALEXANDER
REG. NO. 17560-035
FCI OAKDALE I
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463

April 21, 2022

Mr. Tony R. Moore
Clerk of Court
U. S. District Court
Western District of Louisiana
Alexandria Division
515 Murray Street, Suite 105
Alexandria, LA 71301

    RE:   *Alexander v. Myers, Warden, FCI Oakdale I*
            Civil No. 5:21-cv-03427-EEF-JPM
            Crim No. 5:15-cr-00066-SMH-MLH-1

Dear Mr. Moore:

Enclosed please find and accept for filing Movant's Second Motion for Extension of Time to File Objections to Report and Recommendation of the United States Magistrate Judge. Please submit this motion to the Court.

Thank you for your assistance in this matter.

                                      Sincerely,

                                      */s/ Jeffery L. Alexander*
                                      JEFFERY LYNN ALEXANDER
                                      Appearing *Pro Se*

*Encl. as noted*