UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JEFFERY LYNN ALEXANDER** **#17560-035,** **Petitioner** | **CIVIL DOCKET NO. 5:21-CV-03427** **SEC P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **ROB MYERS,** **Respondent** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 5], and having thoroughly reviewed the record, including the written objection filed [Record Document 10], and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Record Document 1] is **DENIED** and **DISMISSED, WITH PREJUDICE** as to the jurisdictional issue, but **WITHOUT PREJUDICE** as to the merits of Petitioner's claim.

**THUS DONE AND SIGNED** in Chambers, this 16 day of September, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE